IN the INTEREST OF: S.U., a Minor

3391 EDA 2016

Superior Court of Pennsylvania.

05/08/2017

CP–51–DP–0001452–2016, FID: 51–FN–001560–2016 (Philadelphia)

Affirmed

IN the INTEREST OF: J.U., a Minor

3392 EDA 2016

Superior Court of Pennsylvania.

05/08/2017

CP–51–DP–0001450–2016, FID: 51–FN–001560–2016 (Philadelphia)

Affirmed

MELENDEZ, F.

v.

The GOOD SAMARITAN HOSPITAL

1496 MDA 2015

Superior Court of Pennsylvania.

05/08/2017

Reargument Denied 7/13/2017

2014–01221 (Lebanon)

Reversed

COM.

v.

DEWEESE, H.

1998 MDA 2016

Superior Court of Pennsylvania.

05/08/2017

CP–22–CR–0003531–2010 (Dauphin)

Affirmed/Vacated/Remanded

COM.

v.

GUZMAN, E.

267 WDA 2016

Superior Court of Pennsylvania.

05/08/2017

CP–25–CR–0000461–2010 (Erie)

Affirmed

COM.

v.

BATYKEFER, M.

520 WDA 2016

Superior Court of Pennsylvania.

05/08/2017

CP–02–CR–0000182–2015 (Allegheny)

Affirmed

